IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY VEITH                                                                                   PLAINTIFF

v.                                  Case No. 1:19-cv-1001

AEROJET ROCKETDYNE, INC.                                                   DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice. ECF No. 21. The parties stipulate that Plaintiff's complaint should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge